JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BRANDON EMMONE BERRY | ) | Case No. CV 18-9184-JPR |
| Plaintiff, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's request for an order reversing or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision is GRANTED; and (3) judgment be entered in the Commissioner's favor.

DATED: November 5, 2019

/s/ Jean Rosenbluth

JEAN ROSENBLUTH
U.S. Magistrate Judge